**Order entered January 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00810-CV

**BENCHMARK BANK, Appellant**

**V.**

**AMERICAN NATIONAL BANK OF TEXAS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00988-2010**

## ORDER

We **GRANT** appellant's January 20, 2015 unopposed motion for an extension of time to

file a reply brief. Appellant shall file a reply brief by **MARCH 4, 2015**.


/s/ ELIZABETH LANG-MIERS
JUSTICE